UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEMETRIUS TRE WILLIAMS, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF EVERETT et al., <br><br> Defendants. | Case No. C08-1293 MJP BAT <br><br> **ORDER DISMISSING ACTION AND DENYING *IN FORMA PAUPERIS* APPLICATION AS MOOT** |

The Court, having reviewed plaintiff's application to proceed *in forma pauperis*, the Report and Recommendation of Brian A. Tsuchida, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) This action is DISMISSED.

(3) Plaintiff's application to proceed *in forma pauperis* is DENIED as moot.

(4) The Clerk is directed to send copies of this Order to plaintiff and to Magistrate Judge Brian A. Tsuchida.

DATED this 22nd day of October, 2008.

                                          s/Marsha J. Pechman
                                          MARSHA J. PECHMAN
                                          United States District Judge